AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ERika Ross, )<br>     Plaintiff, )<br>)<br>v. )<br>)<br>GCA EDUCATION SERVICE, INC., GCA )<br>SERVICES GROUP, INC., JEREMY TARRANT, )<br>     Defendants, ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 7:09-CV-103-D |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that GCA Education Services, Inc., the sole remaining defendant, filed a motion to dismiss plaintiff's complaint as a sanction for her failure to serve her Rule 26(a) disclosures. On April 15, 2010, the court ordered plaintiff to show cause why she should not be sanctioned and to demonstrate full compliance with all the outstanding discovery obligations. Accordingly, in light of the plaintiff's failure to comply with this court's order of April 15, 2010 and the manner in which she has proceeded in this case, the action is DISMISSED with prejudice.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 19, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Erika Ross<br>P.O. Box 92<br>Holly Ridge, NC 28445 | Gretchen W. Ewalt<br>4208 Six Forks Road, Suite 1100<br>Raleigh, NC 27609 |

| | |
|---|---|
| <u>May 19, 2010</u><br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| | <u>/s/ Susan K. Edwards</u><br>*(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |